UNITED STATES DISTRICT COURT
For the DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO_____

Trustees of the Iron Workers
District Council of New England Pension,
Health and Welfare, Annuity, Vacation, and
Education Funds,
and
The International Association of Bridge,
Structural, Ornamental and Reinforcing
Iron Workers, AFL-CIO, Local 7,
    Plaintiffs,
v.
Gerard Davis, d/b/a, International Trade
    Defendant.

04-10417RCL

COMPLAINT

RECEIPT # 59211
AMOUNT $150
SUMMONS ISSUED yes
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 3/2/04

## INTRODUCTION

1. This is an action under the Employee Retirement Income Security Act ("ERISA"), particularly 29 USC §1132(a), (d), (f), and (g), and other actions, to recover delinquent contributions owed by the defendant to trust funds administered by the plaintiffs, Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds ("Trustees"), and owed to the Trustees and plaintiff, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7 ("Local 7") to recover damages from breaches of a labor contract.

## JURISDICTION

2. Subject matter jurisdiction is provided by the Labor Management Relations Act ("LMRA"), 29 U.S.C., §185 *et seq*; the ERISA, 29 U.S.C., §§502, 515, and 1132, *et seq*; and 29 U.S.C., §§1331 and 1337.

## PARTIES

3. Trustees administer duly established employee pension, health and other benefit plans ("Plans") formed in accord with 29 U.S.C., §§186, 1002(1), (2) and (3) respectively.

1

The Trustees administer these Plans from the Trustees' business offices located in Dorchester, Massachusetts, County of Suffolk.

4. Local 7 is a labor union, as defined in 29 USC, §152(5), with a business address located at 195 Old Colony Ave., in South Boston, MA, County of Suffolk.

5. Gerard Davis is, upon information and belief, an individual who is doing business as International Trade and regularly performs business in Massachusetts, but has a principle place of business located at 85 North Main Street, Newton, NH 03858.

**FACTS**

6. Gerard Davis, d/b/a, International Trade ("Davis") signed a CBA with the Iron Workers District Council of New England. <u>Exhibit A</u> (CBA).

7. Among other things, the CBA requires that Davis make contributions into the Plans when International Trade employed any employee who performed work covered by the CBA.

8. Davis failed to make any contributions into the Plans as required by the CBA.

9. As of the date this Complaint was filed, Davis continues to perform work covered by the CBA with two employees or more without working in accord with the CBA.

10. By the above acts, Davis has unlawfully repudiated the CBA.

**Statement of Claim**
**Count I**
(Trustees v Davis, ERISA)

11. The Trustees restate the allegations contained in paragraphs 1-10 above and incorporate the same herein by this reference and further state:

12. This is a cause of action in accord with ERISA against Davis to recover amounts past due and owed to the Trustees because Davis failed to contribute to the Plans as

2

required by the CBA, which failure caused grave harm and loss to the Plans and Trustees.

### COUNT II
(Local 7 v. Davis, Breach of CBA)

13. The Trustees restate the allegations contained in paragraphs 1-12 above and incorporate the same herein by this reference and further state:

14. By his actions to-date, Davis has breached and repudiated the CBA and said repudiation and breach has caused grave harm and loss to Local 7.

**WHEREFORE**, the Trustees respectfully demand that this honorable Court issue judgment against Davis and order:

    A.    Davis to pay the Trustees all past due money;
    B.    Davis to reimburse all past and present employees for wages and benefits not paid by defendants;
    C.    Davis to pay the Trustees and each trust plan their attorney fees and costs pursuant to 29 USC, §§1132(g)(1) and the CBA;
    D.    Davis be enjoined from performing work covered by the CBA without abiding by the CBA; and
    E.    such other relief as the Court may deem proper and just.

Respectfully submitted,
Trustees and Local 7,
by their attorney,

_____
Mickey Long, BBO# 634388
PO Box E-1
193 Old Colony Avenue
Boston, MA 02127
mickeylong@gis.net
Tel.   617-269-0229
Fax.   617-269-0567.

Date: 2/3/04

3