## Rockingham County Sheriff's Office
### CERTIFICATE OF SERVICE

Court
County of Rockingham State of New Hampshire

Trustees of the Iron Workers District Co

vs.

Gerard Davis

Docket Number: 04-10417RCL
Sheriff File Number: 04002408

I, Deputy Sheriff Chris Stone, Badge # 43 of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 24 March 2004 at approximately 06:30AM, at 85 N Main St, Newton, NH 03858 served the within OOS Summons&Complaint upon Gerard Davis dba International Trade, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Gerard Davis personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: March 24, 2004

_Valerie Hammond_

Chris Stone
Deputy Sheriff

43
Badge Number