UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Case No. 04-10417RCL

| | |
|---|---|
| Trustees of the Iron Workers District Counsel of New England Pension, Et al.<br>　　　　Plaintiffs<br><br>VS.<br><br>Gerard Davis, d/b/a, International Trade,<br>　　　　Defendant. | ANSWER |

The defendant, Gerard Davis ("Davis"), hereby responds to the Complaint filed by the plaintiff, Trustees of the Iron Workers District, Counsel of New England Pension, et al (the "Trust"), by correspondingly numbered paragraphs as follows:

1. The defendant states that Paragraph 1 of the Complaint represents a conclusion of law to which no answer is required. To the extent that a responsive pleading is required, the defendant denies the allegations contained in Paragraph 1 of the Complaint.

2. Paragraph 2 of the Complaint represents a conclusion of law to which no answer is required. To the extent that a responsive pleading is required, the defendant denies the allegations contained in Paragraph 2 of the Complaint.

3. The Defendant admits the allegations contained in Paragraph 3 of the Complaint.

4. The Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5. The Defendant admits that it has a principal place of business located at 85 North Main Street, Newton, NH 03858. The defendant denies the remaining allegations contained in paragraph 5 of the Complaint.

6. The Defendant admits the allegations contained in Paragraph 6 of the Complaint, but denies that the contract referenced in Paragraph 6 of the Complaint is valid as the parties terminated the contract.

7. The Defendant states that the terms and conditions of the Collective Bargaining Agreement speak for themselves. To the extent that a responsive pleading is required, the defendant denies the allegations contained in Paragraph 7 of the Complaint.

8. The Defendant denies the allegations contained in Paragraph 8 of the Complaint.

9. The Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. The Defendant denies the allegations contained in Paragraph 10 of the Complaint.

### Statement of Claim
### Count I
### (Trustees v. Davis, ERISA)

11. The Defendant incorporates by reference its answers to Paragraphs 1-10 above.

12. The Defendant states that Paragraph 12 of the Complaint represents a conclusion of law to which no answer is required. To the extent that a responsive pleading is required, the defendant denies the allegations contained in Paragraph 12 of the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff states that if there was a contract between the parties, the plaintiff has not fully performed.

## JURY DEMAND

The defendant demands a trial by jury.

WHEREFORE, the defendant, Gerard Davis, d/b/a International Trade, requests that the Court dismiss the Complaint with prejudice; award costs including reasonable attorneys' fees; and grant such other and further relief as may be just and proper.

Respectfully submitted,

GERARD DAVIS

By his Attorney,

*Gary Davis*
Gary Davis, Jr., Esq., BBO# 554563
Two Newton Executive Park, Suite 200
Newton, MA 02462
(617) 560-1626
Fx: (617) 332-3224

Dated: 4/22/04

## CERTIFICATE OF SERVICE

I, Gary Davis, Jr., Attorney for the defendant, hereby certify that on this 22nd day of April, 2004, I have caused a copy of the within Answer to be served on all parties of interest in this case by mailing a copy of the same, postage prepaid to:

Mickey Long, Esq.
P. O. Box 1-E
193 Old Colony Avenue
Boston, MA 02127

*Gary Davis*
Gary Davis, Jr., Esq.

4