FILED
IN CLERKS OFFICE
2004 JUN -8 P 3: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
For the DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers ) <br> District Council of New England Pension, ) <br> Health and Welfare, Annuity, Vacation, and ) <br> Education Funds, ) <br> and ) <br> The International Association of Bridge, ) <br> Structural, Ornamental and Reinforcing ) <br> Iron Workers, AFL-CIO, Local 7, ) <br>     Plaintiffs, ) <br> v. ) <br> Gerard Davis, d/b/a, International Trade ) <br>     Defendant. ) | C.A. No. 04-10417-RCL |

## PARTIES COMPLIANCE WITH SCHEDULING ORDER DATED APRIL 28, 2004

The Parties captioned above hereby submit what follows as their compliance to this Court's Order dated April 28, 2004.

I. <u>Scheduling Conference Hearing</u>

    A. <u>June 9, 2004, Scheduling Conference Hearing</u>
        The parties intend on attending the scheduling conference on June 9, 2004.

    B. <u>Obligation to Confer</u>

        The Parties have conferred regarding matters raised in this Court's Order of April 28, 2004.

        (1) <u>Matters for Discussion at Scheduling Conference Hearing</u>

            a. Discovery Schedule;

            b. Status of Settlement Discussions or Mediation;

            c. Consent, *vel non*, to magistrate; and

            d. Summary of Positions.

1

      (2)   Jointly Proposed Pre-Trial Schedule

      See Accompanying Jointly Proposed Pre-Trial Schedule.

      (3)   Consent to Magistrate

      The Parties agree to trial by magistrate.

C.    Settlement Proposals

    ADR Options: The Parties agree to forward the matter to federal court supervised mediation, if available. The parties propose that after preliminary discovery the Plaintiffs will present a quantifiable proposal.

    Plaintiffs are unable to propose settlement at this time, as they cannot assess damages as they are ongoing and damages to-date can only be ascertained by disclosures made by International Trade. More specifically, Plaintiffs need an accounting from International Trade for Plaintiffs to learn an approximation of damages potentially owed.

D.    Joint Statement

    See Accompanying Jointly Proposed Pre-Trial Scheduled.

      (1)   Summary of Positions

          a.  Plaintiffs' position is that International Trade signed a collective bargaining agreement ("CBA") to pay contributions into benefits and other funds and abide by the CBA regarding wages and other terms and conditions of employment of covered employees. International

2

       Trade has hired employees but has failed to abide by the CBA and has wrongfully repudiated that agreement.

   b. International Trade states that the plaintiff, Trustees of the Iron Workers District, Counsel of New England Pension, et al (the "Trust"), brings this action to recover certain dues and union benefits it claims is due from the defendant, Gerard Davis ("Davis"). The defendant filed his Answer, denying that any fees are due and denying plaintiff's allegations that it has any employees that would require him to pay dues and benefits to the Trust or union. The defendant further claims that he terminated its contractual relationship with the Trust and union and accordingly has no contractual relationship with the plaintiff.

(2) <u>Joint Discovery Plan</u>

See Accompanying Jointly Proposed Pre-Trial Schedule.

   a. The Parties have conformed to Rule 26(b); and

   b. The Parties intend to conduct initial discovery to obtain a realistic assessment of the case.

(3) <u>Proposed Schedule for Filing Motions</u>

See Accompanying Jointly Proposed Pre-Trial Schedule.

(4) <u>Certification of Client Consultation Regarding ADR & Costs</u>

3

See Accompanying Plaintiffs and Defendants Separate Certifications.

II. N/A

III. N/A

IV. N/A

Respectfully submitted,

Plaintiffs, Trustees and Local 7,
by their attorney,

_____
Mickey Long BBO# 634388
PO Box E-1
193 Old Colony Ave
Boston, MA 02127
617-269-0229
Fax 617.269.0567
Mickeylong@gis.net

Defendant, Gerard Davis d/b/a International Trade,
By his and its attorney

_____
Gary Davis BBO #554563
Two Newton Executive Park, Suite 200
Newton, MA 02462
Tel. 617-560-1626
Fax. 617.332.3224
gdavis@globalenv.net

Certificate of Service
I, Mickey Long, hereby certify that I have this ___ day of June 2004, sent by regular U.S. mail, postage prepaid a true and genuine copy of this Parties Compliance with Scheduling Order Agenda.

4