UNITED STATES DISTRICT COURT
For the DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8 P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds, and The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7, <br>    Plaintiffs, <br>v. <br>Gerard Davis, d/b/a, International Trade <br>    Defendant. | C.A. No. 04-10417-RCL |

### THE PARTIES JOINTLY PROPOSED PRETRIAL SCHEDULE

Plaintiffs, Trustees of the Iron Workers District Council Funds ("Trustees") and Iron Workers, Local 7 ("Local 7") and Defendant Gerard Davis, d/b/a, International Trade ("International Trade") hereby propose the following as the Discovery Plan.

### Jointly Proposed Joint Case Management Schedule

LR 16.2(B)(2) Proposed Discovery Plan

1. Discovery allowed as per Federal Rule of Civil Procedure;

2. Rule 26(a) Initial Disclosures exchanged:          August 30, 2004

3. Discovery Closes:          April 11, 2005

Proposed Motions Filings

1. Motions to change venue or join parties:          September 7, 2004

2. Rule 26(b) Expert Disclosures          February 1, 2005

3. Discovery Related Motions Filed By:          March 15, 2005

4. Motions for Summary Judgment & other dispositive Motions with supporting memoranda filed:          June 14, 2005

Trial Date          After June 14, 2005

1

Trial (as set by the Court)

Consent to Trial by Magistrate

Parties consent to discovery and trial by magistrate.

LR 16.1 (C) Settlement Proposals

ADR Options: The Parties agree to forward the matter to federal court supervised mediation. The Trustees are unable to assess damages as they are ongoing and damages to date can only be ascertained by disclosures made by International Trade.

LR 16.1(D)(3) Certifications

See accompanying certifications.

Respectfully submitted,

Plaintiffs, Trustees and Local 7,
by their attorney,

/s/ Mickey Long
Mickey Long BBO# 634388
PO Box E-1
193 Old Colony Ave
Boston, MA 02127
617-269-0229
Fax 617.269.0567
Mickeylong@gis.net

Defendant, Gerard Davis d/b/a International Trade,
By his and its attorney

/s/ Gary Davis
Gary Davis, BBO #554563
Two Newton Executive Park, Suite 200
Newton, MA 02462
Tel. 617-560-1626
Fax. 617.332.3224
gdavis@globalenv.net

2

Certificate of Service

I, Mickey Long, hereby certify that I have this ___ day of June 2004, sent by regular U.S. mail, postage prepaid a true and genuine copy of this Jointly Proposed Pretrial Schedule.

*/s/ Mickey Long*