UNITED STATES DISTRICT COURT
For the DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JUN -8 P 3: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds, and The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7, Plaintiffs, v. Gerard Davis, d/b/a, International Trade Defendant. | C.A. No. 04-10417-RCL |

### Plaintiff's Certification of Conference Regarding Litigation Expenses and Alternative Dispute Resolution Avenues

Plaintiffs, Trustees of the Iron Workers District Council of New England, Health and Welfare Annuity, Vacation and Education Funds and The International Association of Bridge Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7 ("Plaintiffs") and their attorney, Mickey Long, hereby certify that each has conferred regarding establishing a budget for the costs of conducting the full course and various alternative courses of the litigation captioned above. The Plaintiffs and their attorney further certify that each has considered resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
Mickey Long, BBO# 634388
PO Box E-1
193 Old Colony Avenue
Boston, MA 02127
mickeylong@gis.net
Tel.  617-269-0229
Fax.  617-269-0567.

Date:  June 8, 2004

1

2

## Certificate of Service

I, Mickey Long, hereby certify that I have this ___ day of June 2004, sent by regular U.S. mail, postage prepaid a true and genuine copy of this Certification of Conference regarding ADR Avenues.

*/s/ Mickey Long*

2