UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TRUSTEES OF THE IRON WORKERS DISTRICT COUNCIL OF NEW ENGLAND PENSION, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) ) | NO. 04-10417-JGD |
| GERARD DAVIS, d/b/a, INTERNATIONAL TRADE, | ) ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER and
## NOTICE OF CONFERENCE

The dates set by the District Judge at the scheduling conference held on June 9, 2004 remain in effect as follows:

1. All automatic disclosures shall be filed by **August 30, 2004**.

2. Any amendments to the pleadings shall be made by **September 7, 2004**.

3. Any joinder of parties shall be completed by **September 7, 2004**.

4. All fact discovery shall be completed by **April 11, 2005**.

5. **Experts**:

    (a) Any experts shall be disclosed by **May 11, 2005**.
    (b) Any rebuttal experts shall be disclosed by **June 10, 2005**.
    (c) All expert discovery shall be completed by **July 11, 2005**.

6. Any dispositive motions shall be filed by **August 11, 2005**.

7.  The next status conference is scheduled for **March 29, 2005 at 2:30 PM.** At that time, the parties shall be prepared to discuss:

    (a) The status of the case.
    (b) Scheduling for the remainder of the case through trial.
    (c) Use of alternative dispute resolution ("ADR") programs.

8.  The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (7) above. The parties shall just indicate if an agreement has been reached to utilize ADR, the respective position of each party does not have to be identified.

/s/ Judith Gail Dein

DATED: June 17, 2004

Judith Gail Dein
United States Magistrate Judge