UNITED STATES DISTRICT COURT
For the DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds, and The International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 7,     Plaintiffs, v. Gerard Davis, d/b/a, International Trade     Defendant. | C.A. No. 04-10417-RCL |

**Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2**

The Plaintiffs, Trustees of the Iron Workers District Council of New England Pension, Health and Welfare, Annuity, Vacation, and Education Funds, ("Trustees") and the International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO, Local 9 ("Local 7") provides this disclosure pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2.  The Trustees and Local 7 will produce the information disclosed herein upon request and upon receipt of the appropriate copying fees.

**Individuals Likely to have Discoverable Information Purusant to Rule 26(a)(1)**

Witnesses
1. Funds Office Keeper of Records, 161 Granite Ave., Dorchester, MA 02124.  (617) 265-3757.
2. Charles Wright, Industry Analyst, Iron Workers Local 7, 195 Old Colony Ave., PO Box 7, Boston, MA 02127.  (617) 268-4777.
3. Patrick Long, Business Agent, Iron Workers Local 474, 1671 Brown Ave., Manchester, NH 03103.  (603) 623-3273.
4. David Pauquete, Industry Analyst, Iron Workers Local 474, 1671 Brown Ave., Manchester, NH 03103.  (603) 623-3273.
5. Michael Durant Business Agent Iron Workers Local 7, 195 Old Colony Ave., PO Box 7, Boston, MA 02127.  (617) 268-4777.
6. Neil Conley Business Agent Iron Workers Local 7, 195 Old Colony Ave PO Box 7, Boston, MA 02127.  (617) 268-4777.

7. Robert Kinscherf, Member, Local 7, 195 Old Colony Ave., PO Box E-1, Boston, MA 02127.
8. All former and present employees who worked with the defendant.
9. All present and former entities and persons who contracted with the defendant for the defendant to perform work covered by the collective bargaining agreement.
10. All former and present business entities who contracted with the defendant to rent, lease or sell property, vehicles or equipment used by the defendant.
11. Defendant's workers compensation carriers and accountants.

The above referenced witnesses are likely to have discoverable information regarding the facts alleged with particularity in the pleadings. Each person or entity has information and knowledge of the facts which give rise to this action, including times, and hours worked.

Trustees and Local 7 reserve their right to call additional witnesses not disclosed herein whose identity is made known through the discovery process and to expand the scope of testimony of each of the above identified witnesses as discovery warrants.

## Category of Documents Pursuant to Rule 26 (a)(1)(1)

Trustees and Local 7, without admitting that any of the documents are relevant to the subject matter involved in this action or that production of said documents would be reasonably calculated to lead to the discovery of admissible evidence, object to the production of such documents which are beyond the scope of discovery permitted by Rules 26 and 34 of the Federal Rules of Civil Procedure. More particularly, except for documents produced herein, Trustees and Local 7 will not produce those documents which are privileged (attorney/client, attorney work product, surety/principal) or which were prepared in anticipation of litigation or for trial by or for Trustees and Local 7 or by any of their representatives, nor shall Trustees produce documents which are otherwise beyond the bounds of permissible discovery as defined in Rules 26 and 34 of Federal Rules of Civil Procedure. Subject to the foregoing objections and qualifications, the following documents are disclosed herewith:

2

1. Films and photographs of activity of International Trade e.g., its equipment and projects;

2. Daily Notes of Industry Analysts;

3. Notes of witnesses;

4. Telephone records of witnesses who called the telephone lines of defendants;

5. Records kept in the usual course of business at the Trustees' and Local 7's business address;

6. Stewards Reports;

7. Union records of International Trades activity.

8. Collective Bargaining Agreement.

**Computation of Estimated Damages Pursuant to 26(2)(1)(C)**

Plaintiffs are awaiting the production of documents and other discovery and will supplement when appropriate, as presently defendant is in a better position to know and calculate potential damages owed to plaintiffs.

**Insurance Agreements Pursuant to Rule 26 (a)(1)(D)**

None.

                                        Respectfully submitted,
                                        Plaintiffs, Trustees and Local 7,
                                        by their attorney,

                                        /s/ Mickey Long
                                        Mickey Long, BBO# 634388
                                        PO Box E-1
                                        193 Old Colony Ave
                                        Boston, MA 02127
                                        617-269-0229
                                        Fax 617.269.0567
                                        Mickeylong@gis.net

<u>Certificate of Service</u>

I, Mickey Long, hereby certify that I have this ___ day of August 2004, sent by regular U.S. mail, postage prepaid a true and genuine copy of these Initial Disclosures to each party who has entered an appearance in this action.

<u>/s/ Mickey Long</u>
Mickey Long

1. Gary Davis, Esq. (Attorney for Defendants)
   Newton Executive Park, Suite 200
   Newton, MA 02462