UNITED STATES DISTRICT COURT
For the DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Trustees of the Iron Workers<br>District Council of New England Pension,<br>Health and Welfare, Annuity, Vacation, and<br>Education Funds,<br>and<br>The International Association of Bridge,<br>Structural, Ornamental and Reinforcing<br>Iron Workers, AFL-CIO, Local 7,<br>    Plaintiffs,<br>v.<br>Gerard Davis, d/b/a, International Trade<br>    Defendant. | CIVIL ACTION NO04-10417RCL |

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL

In accord with Rule 41(a)(1)(ii) of Federal Rules of Civil Procedure, the Plaintiffs to this action, having settled the matter with the Defendant, hereby stipulate that all claims in this action shall be dismissed with prejudice and without costs. The parties hereby waive all rights of appeal and attach the Settlement Contract hereto as Exhibit A.

Respectfully submitted,
Plaintiffs,
by their attorney,

/s/ Mickey Long
Mickey Long, BBO# 634388
PO Box E-1
193 Old Colony Avenue
Boston, MA 02127
Tel.   617-269-0229
Fax.   617.269.0567
mickeylong@gis.net
Date: March 28, 2005

Respectfully submitted,
Gerard Davis, d/b/a/ International
Trade, by his attorney,

/s/ Gary Davis (via email 3/28/05)
Gary Davis, Jr., Esq., BBO#554563
291 Main Street, Suite 202
West Newbury, MA   01985
Tel. 978-363-5500
Fax  978.363.5505
gdavis@globalenv.net

1

## CERTIFICATE OF SERVICE

I, Mickey Long, hereby certify that on the this 28th day of March 2005 I served a copy of this document and all attached documents on all parties who have entered an appearance in this action by e-mail and mailing postage prepaid to the party named below:

/s/ Mickey Long
Mickey Long

1.  Gary Davis, Jr., Esq. BBO#554563
    291 Main Street – Suite 202
    Tel. 978-363-5500
    Fax. 978.363-5505