# EXHIBIT A

To Gary @ 978.308.1038

## SETTLEMENT CONTRACT ("CONTRACT")

The following are parties to this Contract
   a. The Iron Workers District Council of New England Funds Office ("Funds");
   b. Each Local Union signatory to the collective bargaining agreement, a genuine copy of the original being attached hereto at Exhibit A ("CBA"), and who are represented by Jay Hurley, their authorized representative;
   c. Gerard Davis of Newton, New Hampshire ("Mr. Davis"); and
   d. International Trade of Newton, New Hampshire.

The parties agree as follows:
1. Mr. Davis d/b/a International Trade is currently signatory to the CBA.
2. Mr. Davis makes the following representations:
   a. He is working, but only as employee, and is paid as an independent contractor. He does not engage in covered work, except as directed by his current employer. He does not supply equipment or labor (except his own labor) and does what he is told from day to day by the owner or foreman or whomever is in charge (unless, of course, it's obvious what needs to be done given his experience).
   b. Further, Mr. Davis intends to stop engaging in work as stated above, within a reasonable period of time from of the earliest date stated below.
3. Mr. Davis understands and acknowledges that each Local Union named in the CBA and the Funds are relying on his representations made above and are induced by such representations to enter into this Contract.
4. Mr. Davis will fully comply with the CBA should he or any of his business entities that would be bound by the CBA engage in work covered by the CBA.
5. In the event Mr. Davis breaches this Contract, then he personally and any involved business entity of his will pay liquidated damages of $100 per day, based solely upon lost organizing opportunities to the Union, for each day of non-compliance to this Contract, plus monetary damages to the Union and Funds for amounts due in accord with the CBA, and attorney fees and costs. In the event of a breach of this Contract, the Funds and the Union shall also be entitled to injunctive relief to enjoin any future breach.
6. This Contract is enforceable in the federal district court of Massachusetts and the law of Massachusetts shall apply, but only where federal law does not apply.
7. The Funds and the Union waive all costs and attorney fees and all damages they sought in the action known as Massachusetts Federal District of Massachusetts civil action number 04-10417-RCL. The Funds and Local 7 will draft and file, a stipulation of dismissal of that action without costs or fees in accord with the Federal Rules of Civil Procedure, at Rule 41(1)(a)(ii).

For Gerard Davis and International Trade:         For the Union:

_____              _____
Gerard Davis                                  Jay Hurley, as Agent for the Local Unions
Date: 3-18-05                                 Date: 3/25/05

For the Funds,

_____
Thomas Broderick, Fund Administrator          Date: 3/28/05