UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

Case No. 04-10417JGD

FILED
CLERKS OFFICE
2005 MAR 28 P 3: 11
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| Trustees of the Iron Workers District Counsel of New England Pension, Et al. | )<br>)<br>) |
| Plaintiffs | )<br>) |
| VS. | )<br>) |
| Gerard Davis, d/b/a, International Trade, | ) |
| Defendant. | )<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Kindly note the following change of address in the above-referenced matter for the undersigned counsel, Gary Davis, Jr., attorney for the defendant, Gerard Davis:

**Gary Davis, Jr.,**
**291 Main Street, Suite 202**
**West Newbury, MA 01985**
**TN: (978) 363-5500**
**Fx: (978) 363-5505**

Respectfully submitted,

GERARD DAVIS

By his Attorney,

_Gary Davis Jr._
Gary Davis, Jr., Esq., BBO# 554563
291 Main Street, Suite 202
West Newbury, MA 01985
(978) 363-5500
Fx: (978) 363-5505

Dated: 3/25/05

## CERTIFICATE OF SERVICE

    I, Gary Davis, Jr., Attorney for the defendant, hereby certify that on this 25th day of March, 2005, I have caused a copy of the within Notice of Change of Address to be served on all parties of interest in this case by mailing a copy of the same, postage prepaid to:

Mickey Long, Esq.
P. O. Box 1-E
193 Old Colony Avenue
Boston, MA 02127

                                                            _/s/ Gary Davis_
                                                            Gary Davis, Jr., Esq.